*Starr & Paschall,* for plaintiff in error.

*R. Noel Steed, Lang & Lang,* contra.

---

9161. ST. PAUL FIRE & MARINE INSURANCE CO. v. JACKSON.

BLOODWORTH, J. The only assignment of error is that the judge erred in awarding a nonsuit. A consideration of the evidence being necessary to a determination of the issue involved, and no proper brief thereof being made, the judgment must be affirmed. *Tidwell* v. *Alabama Great Southern R. Co.*, 20 *Ga. App.* 826 (93 S. E. 511), and cases cited; *Ryan* v. *Kingsbery*, 88 *Ga.* 361 (2), 368 (14 S. E. 596); *Moss* v. *Birch*, 102 *Ga.* 556 (28 S. E. 601); *Henson* v. *Derrick*, 104 *Ga.* 856 (31 S. E. 199); *Wall* v. *Mercer*, 119 *Ga.* 346 (1), 349 (46 S. E. 420), and cases cited.

> *Judgment affirmed. Broyles, P. J., and Harwell, J., concur.*
> DECIDED APRIL 11, 1918.

Action for damages; from Calhoun superior court—Judge Harrell. June 6, 1917.

*Erle B. Askew, A. L. Miller,* for plaintiff.

*L. M. Rambo, H. M. Calhoun, B. W. Fortson,* for defendant.